January 09, 2009

Mr. James A. Baker
Kirkpatrick & Lockhart Preston Gates Ellis LLP
1717 Main Street, Suite 2800
Dallas, TX 75201
Mr. Richard Lee Fuqua II
Fuqua & Keim
2777 Allen Parkway, Suite 480
Houston, TX 77019

RE: Case Number: 05-0303
 Court of Appeals Number: 13-03-00135-CV
 Trial Court Number: C-1591-00-B

Style: THOMAS GRABER AND HOPKINS & SUTTER
 v.
 RICHARD L. FUQUA

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Cathy |
| |Wilborn |
| |Mr. Omar |
| |Guerrero |